IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROKISHA T. MYLES, | § § § § | |
| Plaintiff, | | |
| V. | § § § § § § § | No. 3:14-CV-985-M |
| NATIONAL ASSOCIATION OF LETTER CARRIERS #132, | | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's motion for summary judgment by default is denied.

SO ORDERED this 14 day of January, 2015.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE